# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

147394

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SAGINAW COUNTY COMMUNITY MENTAL
HEALTH AUTHORITY,
    Petitioner-Appellant,

v

                SC: 147394
                COA: 311192
                Saginaw CC: 10-011291-AA

DEPARTMENT OF COMMUNITY HEALTH,
    Respondent-Appellee.

_____/

   On order of the Court, the application for leave to appeal the June 20, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



              Clerk

p1118